# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MELVIN REED**     **PLAINTIFF**
**ADC # 113827**

**v.**     **5:06CV00177-WRW/BD**

**LARRY MAY,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the plaintiff's Complaint is DISMISSED WITH PREJUDICE. The dismissal will count as a "strike" against plaintiff under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 29th day of March, 2007.

/s/Wm. R. Wilson, Jr.
UNITE STATES DISTRICT JUDGE