# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MELVIN REED**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 113827**

**v.**　　　　　　　　　　**5:06CV00177-WRW/BD**

**LARRY MAY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE